# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Carlos Jose Lazo Reyes,<br><br>    Petitioner<br><br>v.<br><br>Michael Bernacke, Director, Salt Lake City Field Office, U.S. Immigration and Customs Enforcement; Reggie Rader, Police Chief, Henderson Police Department; Pamela Bondi, Attorney General of the United States; Kristi Noem, Secretary of Homeland Security, in their official capacities,<br><br>    Respondents | Case Number: 2:25-cv-01207-CDS-EJY<br><br>**Order Approving Stipulation and Vacating Hearing**<br><br>[ECF No. 7] |

    This matter is before the Court on the parties' joint stipulation, filed on July 7, 2025. For good cause shown, the stipulation **[ECF No. 7] is APPROVED**, and the parties are **DIRECTED** to comply with the stipulation's terms. The Temporary Restraining Order (ECF No. 2) will be allowed to expire on July 8, 2025 at 5:30 pm, and the hearing set for July 8, 2025 at 11:00 am is **VACATED**. This action is **STAYED** pending the parties' compliance with the terms of the stipulation.

    Dated: July 7, 2025

                                                                       _____<br>
                                                                       Cristina D. Silva<br>
                                                                       United States District Judge