UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CARLOS JOSE LAZO REYES,

    Plaintiff(s),

vs.

Michael Bernacke, et al.

    Defendant(s).

Case #2:25-cv-01207-CDS-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

[ECF No. 4]

_____Edward F. Ramos_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Kurzban Kurzban Tetzeli & Pratt, P.A.
(firm name)

with offices at _____131 Madeira Avenue_____,
(street address)

_____Coral Gables_____, _____Florida_____, _____33134_____,
(city)                    (state)                  (zip code)

_____(305) 444-0060_____, _____eramos@kktplaw.com_____.
(area code + telephone number)        (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Carlos Jose Lazo Reyes_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 09/21/2012 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Florida (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Please see attachment | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None.

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) The Florida Bar.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 02/24/2025 | Petlinska v. Higgins | U.S. Dist. Ct. Dist. of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Florida____ )
COUNTY OF ____Palm Beach____ )

____Edward Fortunato Ramos____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__3rd__ day of __July__, __2025__.

_Jerodinho Florely_
Notary Public or Clerk of Court

JERODINHO FLORELY
Notary Public - State of Florida
Commission # HH 320017
Expires on October 9, 2026

Notarized remotely online using communication technology via Proof.

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Jerrell Berrios____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____Greenberg Traurig, LLP, 10845 Griffith Peak Drive, Suite 600____,
(street address)

____Las Vegas____, ____Nevada____, ____89135____,
(city)            (state)            (zip code)

____(702) 938-6915____, ____berriosj@gtlaw.com____.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Jerrell Berrios_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

PLEASE NOTE THAT PETITIONER IS DETAINED IN CUSTODY OF IMMIGRATION AND CUSTOMS ENFORCEMENT AND THEREFORE CANNOT SIGN

_____
(party's signature)

_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ Jerrell Berrios*
Designated Resident Nevada Counsel's signature

15504                berriosj@gtlaw.com
Bar number           Email address

APPROVED:

Dated: July 9, 2025

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16