UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Carlos Jose Lazo Reyes,<br><br>　　　　　　Petitioner<br><br>v.<br><br>ICE Field Director Michael Bernacke, et al.,<br><br>　　　　　　Respondents | Case No. 2:25-cv-01207-CDS-EJY<br><br>**Order Directing Clerk to Enter Judgment and Closing Case** |

　　　　Petitioner Carlos Jose Lazo Reyes filed a counseled petition for federal habeas corpus relief under 28 U.S.C. § 2241. ECF No. 1. On July 7, 2025, the parties filed a joint stipulation and settlement, explaining that "[t]he Department of Homeland Security agree[d] to abide by the terms of the Immigration Judge's June 30, 2025 grant of voluntary departure to Venezuela." ECF No. 7 at 3. Petitioner agreed to "voluntarily dismiss this Action with prejudice" upon confirmation of his departure to Venezuela. *Id.* I approved the stipulation and stayed this matter, pending the parties' compliance with the terms of the stipulation. ECF No. 9. Petitioner now gives notice that he voluntarily dismisses this action with prejudice. ECF No. 12.

　　　　Therefore, the petition for federal habeas corpus relief under 28 U.S.C. § 2241 is dismissed. To the extent necessary, a Certificate of Appealability is denied.

　　　　The Clerk of Court is kindly instructed to (1) lift the stay and reopen this matter, (2) enter judgment, and (3) close this case.

　　　　Dated: July 29, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge