AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Carlos Jose Lazo Reyes,

          Plaintiff,

v.

ICE Field Director Michael Bernacke et al.,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:25-cv-01207-CDS-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Defendants, ICE Field Director Michael Bernacke, Reggie Rader, US Attorney General Pamela Bondi, and Kristi Noem, and against Plaintiff, Carlos Jose Lazo Reyes. The petition for federal habeas corpus relief under 28 U.S.C. § 2241 is dismissed. To the extent necessary, a Certificate of Appealability is denied.

| | |
|---|---|
| 07/30/2025 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ RJDG |
| | Deputy Clerk |